# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACE WASHINGTON

NO. 2023 KW 0490

**AUGUST 14, 2023**

---

In Re:    Jace Washington, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          431086.

---

BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.

   **WRIT DENIED.**

                           PMc
                           CHH
                           SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT